**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea Kincaid, | No. CV-10-579-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Wells Fargo Bank, N.A.; and Federal Home Loan Mortgage Corp., | |
| Defendants. | |

Plaintiff commenced this action by filing a state court complaint against Defendants on February 17, 2010. Dkt. #1 at 10-20. The case was removed to this Court on March 15, 2010. *Id.* at 1-5.

Defendant Wells Fargo Bank has filed a motion to dismiss counts one through six of the complaint. Dkt. #15. Plaintiff, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure (Dkt. #18), has filed an amended complaint (Dkt. #17). Wells Fargo Bank has filed an answer (Dkt. #22) and a motion to dismiss counts on through four of the amended complaint (Dkt. #21).

**IT IS THEREFORE ORDERED** that Defendant Wells Fargo Bank, N.A.'s motion to dismiss counts one through six of the original complaint (Dkt. #15) is **denied** as moot.

DATED this 24th day of May, 2010.

David G. Campbell
United States District Judge